UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 5:23-cr-00169 |
| | : |
| DIEGO CASTILLO-PEDRAZA | : |

**O R D E R**

**AND NOW**, this 26th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Government's Motion in Limine, ECF No. 19, is **GRANTED**. This admissibility ruling is conditioned on the Government first laying a proper foundation for the evidence's admission at trial.

2. The Defendant's Motion in Limine, ECF No. 25, is **DENIED**.

3. Counsel are directed to consult the Opinion and jointly submit a limiting instruction **on or before August 30, 2024**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge